**994**

JOSEPH VISCOMI, Respondent, v. STATE ELEVATOR CO., INC., Defendant and Third-Party Plaintiff-Respondent. MONTROYAL HOTEL, INC., Third-Party Defendant-Appellant.—

Concur —

Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

SAMMY S. WECHSLER, Doing Business as ELMAR PRODUCTS COMPANY, Appellant, v. RALSTON PURINA COMPANY et al., Respondents, et al., Defendants.—

No opinion.

Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

NATHAN WEINER, Respondent, v. DAVID FEIN et al., Appellants.—

No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

CLAUDE O. SWANSON, SR., Plaintiff, v. 97 FIFTH AVE. CORP., Defendant and Third-Party Plaintiff-Respondent. STEIN REFRIGERATOR CORP., Third-Party Defendant-Appellant.—

No opinion. Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ. [See 1 A D 2d 663.]

ERIC O. RAPHAEL et al., Individually and as Copartners Doing Business under the Name of FERRA ASSOCIATES, Respondents, v. KNICKERBOCKER FOODS, INC., Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.

KAY KAYWOOD, Respondent, v. WEBB AND KNAPP, INC., Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ.